UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID YARDE, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>MASSACHUSETTS DEPARTMENT OF )<br>CORRECTION, )<br> )<br>Defendant. )<br> ) | Civil Action No.<br>25-11119-FDS |

### ORDER

**SAYLOR, J.**

Plaintiff David Yarde, a prisoner who is proceeding *pro se*, has filed an amended complaint alleging violation of his civil rights by the Massachusetts Department of Correction. (Dkt. Nos. 1, 4). He has also filed motions to preserve and compel production of surveillance footage. (Dkt. Nos. 2, 10). Plaintiff has moved for service by the United States Marshals Service ("USMS") under Federal Rule of Civil Procedure 4(c)(3). The clerk has issued a summons for the defendant and mailed copies to the plaintiff. Upon review of this pleading and motions, the Court hereby orders:

1. Plaintiff shall serve each defendant with a summons, the complaint, the amended complaint, and this order. Service must be completed in accordance with Rule 4 of the Federal Rules of Civil Procedure.

3. The Court GRANTS plaintiff's motion for service by USMS. The USMS shall serve the summons, complaint, and this order as directed by plaintiff. Plaintiff is responsible for providing the USMS all copies for service and for completing a USM-285 form for each

defendant to be served. The clerk shall provide plaintiff with the form and instructions for service by the USMS.

    4.     Plaintiff shall have 90 days from the date of the issuance of this order, that is April 21, 2026, to complete service. Failure to comply with this deadline may result in dismissal of the case without prior notice to plaintiff. *See* Fed. R. Civ. P. 4(m); L.R. 4.1 (D. Mass.).

Service is completed when a defendant receives the summons and complaint in accordance with Rule 4, not when the USMS (or other person effecting service) receives the papers to be served on a defendant. Plaintiff must provide papers for service to the USMS (or other person effecting service) well before the 90-day service deadline to ensure that service will be completed in a timely matter. If plaintiff needs additional time to complete service, he shall file a motion for an extension of time to complete service in which he "shows good cause" for such relief. Fed. R. Civ. P. 4(m).[1]

**So ordered.**

Dated: January 21, 2026

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge

---

[1] "Good cause" for failure to complete service in a timely fashion may include, but is not limited to, circumstances where, through no fault of Plaintiff, the USMS has not effectuated service prior to 90-day deadline. *See Laurence v. Wall*, 551 F.3d 92, 94 (1st Cir. 2008).