UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **DAVID YARDE,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 25-11119-FDS |
| **MASSACHUSETTS DEPARTMENT OF CORRECTION,** | ) ) ) ) | |
| Defendant. | ) ) ) | |

### ORDER ON PLAINTIFF'S MOTIONS TO PRESERVE AND COMPEL SURVEILLANCE FOOTAGE

**SAYLOR, J.**

Plaintiff David Yarde, a prisoner who is proceeding *pro se*, has filed an amended complaint alleging violation of his civil rights by defendant Massachusetts Department of Correction. He has also filed motions to preserve and compel production of surveillance footage. Defendant has not yet been served. The motions to preserve (Dkt. No. 2) and compel (Dkt. No. 10) surveillance footage will be terminated without prejudice to their renewal once service has been effected.

**So ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Dated: January 21, 2026
United States District Judge